26cr183 KMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH VALERIAN PARSHALL,

Defendant.

**INFORMATION**

18 U.S.C. § 2252(a)(4)
18 U.S.C. § 2252(b)(2)
18 U.S.C. § 2253
21 U.S.C. § 853(p)

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Possession of Child Pornography)

On or about May 30, 2025, in the State and District of Minnesota, the defendant,

**JOSEPH VALERIAN PARSHALL,**

having previously been convicted under chapter 110 of the United States Code, namely a conviction on or about May 8, 2019, for Attempted Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e), did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affected interstate and foreign commerce, by any means including by computer, where the production of such visual depictures involved the use of a minor engaging in sexually explicit conduct and such

SCANNED
OCT 08 2026
U.S. DISTRICT COURT MPLS

visual depictions were of such conduct, including, but not limited to, the following video and image files:

a) A sexually explicit video file ending in -193034.mp4 that displays a compilation of sexual acts being performed by and on minors;

b) A sexually explicit video file ending in -223912.mp4 that depicts a prepubescent girl and includes sexual acts;

c) A sexually explicit video file ending in -025107.mp4 that depicts a minor girl and includes sexual acts; and

d) A sexually explicit video file ending in -212040~2.mp4 that depicts a prepubescent girl and includes lascivious exhibition of the minor's genitals and a sexual act;

all in violation of Title 18, United States Code, Sections 2252(a)(4) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, data disc, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to the Onn tablet with serial number 592424212189713.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

Dated: October 7, 2026

DANIEL N. ROSEN
United States Attorney

BY: MARY S. RIVERSO
Attorney ID No. 0400224
Assistant United States Attorney